UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**DENNIS J. FOGELL,**
 **Plaintiff,**

vs.            **CASE NO.:  3:14-cv-1299-TJC-PDB**

**ALTAIR OH XIII, LLC,**
 **Defendant.**
_____/

## PLAINTIFF, DENNIS J. FOGELL'S
## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(c), I certify that the instant action:

 **X**   **IS** related to pending or closed civil or criminal case(s) previously filed in this Court,

or any other Federal or State court, or administrative agency as indicated below:

1. Derrick Bannister and Wendy Bannister vs. Case No.: 3:14-cv-1301-HES-PDB;
   Portfolio Recovery Associates, LLC

2. Christopher Townsend vs. Portfolio Recovery Case No.: 3:14-cv-1300-J-34MCR;

3. Christopher Townsend vs. Delbert Services Corp. Case No.: 3:14-cv-1336-J-25JGT;

4. Christopher Townsend vs. Quantum Group LLC Case No.:3:4-cv-1301-J-20PDB;

       Respectfully submitted,

       /s/ Max Story_____
       MAX STORY, ESQ.
       Florida Bar:  0527238
       328 2nd Avenue North, Suite 100
       Jacksonville Beach, FL  32250
       (904) 372-4109
       max@storylawgroup.com
       Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the forgoing was electronically filed with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record, this 10th day of December, 2014.

                                /s/ Max Story_____
                                MAX STORY, ESQ.
                                Florida Bar:  0527238