UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**DENNIS J. FOGELL,**
　　**Plaintiff,**

vs.　　　　　　　　　　　　　　　　　　　　CASE NO.:  3:14-CV-1299-TJC-PDB

**ALTAIR OH XIII, LLC**
　　**Defendant.**
＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿/

## PLAINTIFF DENNIS J. FOGELL'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

COMES NOW, the Plaintiff DENNIS J. FOGELL, by and through undersigned counsel, and files this Certificate of Interested Persons and Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and herein states as follows:

1.) The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

　　Dennis J. Fogell, Plaintiff

　　Max Story, Plaintiff's Counsel

　　Bryan Mickler, Plaintiff's Counsel

　　Altair OH XIII, LLC

2.) The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

　　None known at this time

3.) The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditor's committee (or twenty largest unsecured creditors) in bankruptcy cases:

　　None other than those parties listed above.

    4.) The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

        Plaintiff, Dennis J. Fogell is a victim of wrongful civil conduct.

    5.)   Check one of the following:

    ___XX___ a.  I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

    _____b.  I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows:

Dated this 10th day of December, 2014.

                            Respectfully submitted,

                             /s/ Max Story, Esquire
                            MAX STORY, ESQ.
                            Florida Bar:  0527238
                            328 2nd Avenue North, Suite 100
                            Jacksonville Beach, FL  32250
                            (904) 372-4109
                            max@maxstorylaw.com
                            Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record, this 10th day of December, 2014.

                            /s/ Max Story, Esquire
                            MAX STORY, ESQ.
                            Florida Bar:  0527238