```
                    Attorney or Party without Attorney:
                    MAX HUNTER STORY, PA
                    ATTY AT LAW                              Case No: 1299TJCPDB
                    233 E BAY ST STE 920                     Doc. No: 3701412240050
                    JACKSONVILLE, FL 32202

           COUNTY OF LOS ANGELES   SHERIFF'S DEPARTMENT   STATE OF CALIFORNIA
    Court: DISTRICT       County: JACKSONVILLE       State: FLORIDA
                    DENNIS J. FOGELL VS ALTAIR OH XIII, LLC

                             AFFIDAVIT OF SERVICE
I certify that  BENITA VILLASENOR
being first duly sworn, deposes and says:  That he is a regularly appointed,
qualified deputy Sheriff of the said County of Los Angeles, in the State of
California, and over the age of twenty-one years, not a party to the action
or related to either party, nor an attorney for a party, nor in any way
interested in the within named action, and authorized to serve civil process
       SUMMONS IN A CIVIL ACTION


On  01/07/15 at  11:24 AM and that he served the same on the defendant and/or
respondent named below, on the date indicated, by delivering to and leaving
with said defendant and/or respondent in the County of Los Angeles, State of
California, personally, a true and correct copy thereof, with all notices and
endorsements thereon, in the manner and the place and time shown below:

1. Name: ALTAIR OH XIII, LLC C/O            FIRST REPUBLIC INVESTMENT
         MANAGEMENT, INC


2. Person served and title:
         ALTAIR OH XIII, LLC C/O
         FIRST REPUBLIC INVESTMENT MANAGEMENT, INC.
         NICOLAS GENTIN-SENIOR VICE PRESIDENT OF FIRST REPUBLIC INVESTMEN
         T MANAGEMENT, INC.

3. Person with whom left and title or relationship to person served:

4. Date and time of delivery
         11:24 AM
         01/07/15

5. Mailing date, type of mail and place of mailing



6. Address, city and state:
         1888 CENTURY PARK EAST
         LOS ANGELES, CA 90067

         (  ) Home      ( X ) Business
```

7. Manner of Service:

   ( X ) (Personal Service) by personally delivering true copies to the
         person, firm or corporation served.
         ( X ) With endorsement of name, place of service and official
               title on copy served.
         ( X ) With required notice written or printed on the face of
               the process served.
         ( X ) Affiant showed the original process to the defendant at
               the time of such service.

   ( X ) (Identification) was made as to the identify of the person so
         served was as follows:
         (   ) Photograph of the defendant attached to the process and
               furnished by the plaintiff herein and made a part of this
               affidavit.
         ( X ) Sex: M    Race: WHITE      Hair: BRO          Age: 46
               Weight:        Height:     Ft.      Ins.
               Drivers Lic:                        Other:

   ( X ) (Military Service) That at the time of service of process,
         defendant stated he/she is not in the military service.

8. FEE FOR SERVICE:$ 35.00
            NOTARY:          COUNTY CLERK:           TOTAL:$ 35.00
Deputy BENITA VILLASENOR
SHERIFF'S OFFICE                             Jim McDonnell, SHERIFF
9355 BURTON WAY, ROOM 101
BEVERLY HILLS, CA 90210                  By:_____
(310)288-1381                                         Deputy Sheriff

State of California
County of Los Angeles

  On _____ before me,
  _____ (Name & Title of Officer)
  personally appeared _____,
  who proved to me on the basis of satisfactory evidence to be the person(s)
  whose name(s) is/are subscribed to the within instrument and acknowledged
  to me that he/she/they executed the same in his/her/their authorized
  capacity(ies), and that by his/her/their signature(s) on the instrument
  the person(s), or the entity upon behalf of which the person(s) acted,
  executed the instrument.

  I certify under PENALTY OF PERJURY under the laws of the State of
  California that the foregoing paragraph is true and correct.

     WITNESS my hand and official seal.

Signature _____  (Seal)

Attorney or Party without Attorney:
MAX HUNTER STORY, PA
ATTY AT LAW
233 E BAY ST STE 920
JACKSONVILLE, FL 32202

Case No: 1299TJCPDB
Doc. No: 3701412240050

COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT STATE OF CALIFORNIA
Court: DISTRICT    County: JACKSONVILLE    State: FLORIDA
DENNIS J. FOGELL VS ALTAIR OH XIII, LLC

Additional Documents:

SUMMONS IN A CIVIL ACTION
CLASS ACTION COMPLAINT
EX 1, 2 & 3

Case No: 1299TJCPDB
Doc. No: 3701412240050