UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DENNIS J. FOGELL,

    Plaintiff,

vs.

CASE NO.: 3:14-cv-1299-TJC-PDB

ALTAIR OH XIII, LLC,

    Defendant.

_____/

## PLAINTIFF'S MOTION FOR LEAVE TO EXTEND THE DEADLINE FOR REQUESTING CLASS CERTIFICATION

COMES NOW, Plaintiff, Dennis J. Fogell, by and through the undersigned counsel, and respectfully request leave of Court to extend the deadline to file their Motion and Brief in Support of Class Certification Pursuant to Fed. R. Civ. P. 23.

1. On or about October 23, 2014, Plaintiff filed this action against Defendant in this court.

2. Local Rule 4.04(b) requires class action plaintiffs to move, within ninety (90) days from the filing of the initial complaint on January 21, 2015, for a determination regarding class certification. However, this rule also states that if discovery relating to class action issues is necessary, the party seeking class action status may request leave of Court to extend the deadline so that said discovery can be completed.

3. On December 5, 2014, the Los Angeles Sheriff's Office was unable to locate the company. On December 17, 2014, the Summons and Complaint were sent out again for service upon the Defendant. On January 7, 2015, the process server was finally able to serve the registered agent.

4. Plaintiff requires additional time to conduct the necessary discovery concerning class action issues such as numerosity, commonality, typicality, and predominance prior to seeking determination of class certification under Rule 23.

5. Based upon the foregoing reasons stated above, Plaintiff seeks an extension to file his Motion and Brief in support of class certification to a date agreed upon by the parties which will be discussed at the mandatory Case Management Conference which will be scheduled once service has been effectuated on Defendant and Counsel for Defendant files an appearance in this action.

6. The undersigned certifies that this motion is made in good faith and not for the purposes of delay.

WHEREFORE, Plaintiffs respectfully request an order extending the deadline for moving for class certification to the date agreed to by the parties at the mandatory Case Management Conference that will be scheduled upon appearance of counsel for Defendant.

Respectfully submitted,

/s/ Max Story
MAX STORY, ESQ.
Florida Bar: 0527238
328 2nd Avenue North, Suite 100
Jacksonville Beach, Florida 32250
(904)372-4109
max@storylawgroup.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record, this 21st day of January, 2015.

___/s/ Max Story
MAX STORY, ESQ.